# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**CLAYTON SAMUEL WILSON**
Plaintiff,
v.
**BRIGIT FINANCIAL INC.** and
**COASTAL COMMUNITY BANK**,
Defendants.

Case No.:

# VERIFIED COMPLAINT

FOR VIOLATIONS OF
15 U.S.C. §1666b, 15 U.S.C. §1637(b), and 15 U.S.C. §1681s-2(b)

Plaintiff, **Clayton Samuel Wilson**, alleges the following:

# I. JURISDICTION AND VENUE

1. This action arises under federal statutes including the **Truth in Lending Act (TILA)** and the **Fair Credit Reporting Act (FCRA)**.
2. The Court has jurisdiction pursuant to **28 U.S.C. §1331** (federal question).
3. Venue is proper under **28 U.S.C. §1391(b)** because Plaintiff resides in this district and the harm occurred here.

# II. PARTIES

4. Plaintiff **Clayton Samuel Wilson** is a consumer residing in Connecticut.
5. Defendant **Brigit Financial Inc.** is a furnisher of credit information to consumer reporting agencies.
6. Defendant **Coastal Community Bank** is the issuing bank associated with the Brigit credit account and furnishes account information to consumer reporting agencies.

# III. FACTUAL ALLEGATIONS

7. Defendants furnished information regarding a Brigit/Coastal Community Bank account to the national credit reporting agencies.
8. Defendants reported Plaintiff as late, delinquent, or past due on the account.
9. Plaintiff **never received any periodic billing statement** that complied with **15 U.S.C. §1637(b)**.
10. Defendants **never delivered or mailed any statement at least 21 days before a payment due date**, as required by **15 U.S.C. §1666b(a)**.
11. Under federal law, if a creditor does not provide the statement **not later than 21 days before the due date, no payment may legally be considered late.**
12. Despite failing to comply with this requirement, Defendants reported Plaintiff late and derogatory to the credit bureaus.
13. Plaintiff submitted written disputes to Experian, Equifax, and TransUnion.
14. Each credit bureau notified Defendants of the disputes pursuant to **15 U.S.C. §1681i(a)(2)**.
15. Defendants were therefore required to conduct a **reasonable investigation** under **15 U.S.C. §1681s-2(b)**.
16. Defendants failed to conduct any meaningful investigation, failed to correct the inaccurate information, and instead **verified** the inaccurate reporting.
17. Plaintiff suffered financial harm, credit score reduction, denial of credit opportunities, increased interest rates, emotional distress, and damages.

# IV. CLAIM ONE

Violation of **15 U.S.C. §1666b(a)**
(Failure to Provide Billing Statement 21+ Days Before Due Date)

18. Plaintiff incorporates all prior paragraphs.
19. Defendants did not deliver any statement at least **21 days** before any alleged due date.
20. Under §1666b(a), a creditor **cannot treat a payment as late** unless the required statement is provided on time.
21. Defendants reported late payments **without satisfying the statutory prerequisite**.
22. Plaintiff suffered damages as a result.

# V. CLAIM TWO

Violation of **15 U.S.C. §1637(b)**
(Failure to Provide Required Billing Information)

    23. Plaintiff incorporates all prior allegations.
    24. Defendants failed to provide the periodic statement required under §1637(b).
    25. No payment obligation can arise without the disclosures required by statute.
    26. Defendants nonetheless furnished derogatory information claiming delinquency.
    27. Plaintiff suffered damages.

# VI. CLAIM THREE

Violation of **15 U.S.C. §1681s-2(b)**
(Failure to Conduct Reasonable Investigation After CRA Dispute)

    28. Plaintiff incorporates all prior allegations.
    29. Plaintiff submitted proper disputes to the consumer reporting agencies.
    30. The CRAs transmitted those disputes to Defendants as required.
    31. Defendants were obligated to:
        a. Conduct a reasonable investigation;
        b. Review all information provided by the CRA;
        c. Correct or delete inaccurate information.
    32. Defendants instead verified inaccurate derogatory information.
    33. This constitutes willful and/or negligent violation of §1681s-2(b).
    34. Plaintiff suffered damages.

# VII. DAMAGES

    35. Plaintiff suffered:
- Reduced credit score
- Loss of credit opportunities
- Higher interest rates
- Out-of-pocket expenses
- Emotional distress
- Time spent correcting inaccurate reporting

Plaintiff seeks:
- Actual damages

- Statutory damages
- Punitive damages under 15 U.S.C. §1681n
- Any additional relief the Court deems just.

# VIII. JURY DEMAND

Plaintiff demands a jury trial.

# IX. PRAYER FOR RELIEF

Plaintiff respectfully requests:

1. Judgment in Plaintiff's favor;
2. Actual, statutory, and punitive damages;
3. Attorney's fees and costs;
4. Injunctive relief requiring accurate reporting;
5. Any other relief this Court deems proper.

# VERIFICATION

I, **Clayton Samuel Wilson**, declare under penalty of perjury that the facts in this Complaint are true and correct to the best of my knowledge.

**Clayton Samuel Wilson**
Date: 11/24/25

UCC 1-308